IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Dallas H. Yoder, | : | |
|     Plaintiff | : | Civil Action 2:12-cv-00146 |
| v. | : | Judge Economus |
| Good Shepherd Debt Relif, *et al.*, | : | Magistrate Judge Abel |
|     Defendants | : | |

**ORDER**

Counsel has reported that this case has been settled and that a dismissal entry will be filed within two weeks.

<u>s/ Mark R. Abel</u>
United States Magistrate Judge